MICHAEL E. BROWN, ESQ. SBN 53233
Law Offices of Michael E. Brown
225 Bush Street, 16th Floor
San Francisco, CA. 94104
Tel: 415.439.8822
Fax: 415.439.8823

Attorney for Defendants
Point Reyes Seashore Lodge,
Jeffrey F. Harriman and
Thomas R. Harriman

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL<br><br>        Plaintiff,<br><br>  vs.<br><br>POINT REYES SEASHORE LODGE;<br>JEFFREY F. HARRIMAN; THOMAS<br>R. HARRIMAN<br><br>        Defendants | Case No.: CASE NO. C 03 0010 SI  ADR<br>Civil Rights<br><br>STIPULATION AND ORDER FOR THE<br>DEPOSIT OF FUNDS WITH THE COURT<br>AND A STAY OF ENFORCEMENT OF<br>THE ORDER AWARDING ATTORNEY'S<br>FEES PENDING APPEAL |

      It is hereby stipulated by and between the undersigned that the defendants in lieu of a supersedeas bond may deposit with the clerk of court pending the appeal and cross appeal of this matter to the United States Court of Appeal for the Ninth Circuit (Docket Nos. 05-16781/05-16834) a sum equal to 1.25 times the amount of the attorney's fees and costs awarded to the plaintiff.

      The defendants shall deposit with the Clerk of the U.S. District Court for the Northern District California the sum of $211, 099 within five (5) court days following the service of the order approving this stipulation.  The funds are be retained in the custody of the clerk of the court until the parties enter into a stipulation for its disposition, or the decision of the

- 1-

STIPULATION FOR THE DEPOSIT OF FUNDS

Court of Appeals for the Ninth Circuit in this matter has become final and this court makes a final order concerning the disposition of the funds being held on deposit, or until the funds are otherwise lawfully subject to disposition. Any interest earned by the funds on deposit with the clerk of the court will be added to the funds on deposit to be retained for the benefit of the parties and disposed of as provided herein.

Unless otherwise stipulated by the parties, or otherwise legally subject to disposition, it is contemplated by the parties that the funds on deposit including any interest earned thereon will be released by this court after the decision of the Court of Appeal of the Ninth Circuit has become final and the parties either stipulate to the release of funds or any portion thereof, or pursuant to an order of this court following a regularly noticed motion by either the plaintiff or the defendants.

Upon deposit of the sum of $211,099 by the defendants pursuant to a certified or cashier's check, or bank check within five (5) court days following the service of the order approving this stipulation, the parties request that the court enter an order staying all further proceedings to enforce the order awarding attorney's fees and costs to the plaintiff until the decision on appeal of the order has become final.

**IT IS SO STIPULATED.**

Dated: 3/03/06                                          Dated: 3/03/06

Law Offices of Michael E. Brown                         Sidney J. Cohen
                                                        A Professional Corporation

By: s/s Michael E. Brown, Esq.                          By: s/s Sidney J. Cohen, Esq.
    Michael E. Brown, Esq.                                  Sidney J. Cohen, Esq.
    Attorney for the Defendants                            Attorney for Plaintiff
    Point Reyes Seashore Lodge,                            Hollynn Delil
    Jeffrey F. Harriman, and
    Thomas R. Harriman

STIPULATION FOR THE DEPOSIT OF FUNDS

**ORDER**

**IT IS HEREBY ORDERED THAT:**

1. The defendants in lieu of a supersedeas bond are hereby authorized and ordered to deposit with the clerk of the court within five (5) court days following the service of this order the sum of $211,099 by cashier's, or certified check, or bank check. The clerk of the court shall receive said funds and shall invest said funds as authorized by the court or statute and hold the principal and any interest accrued thereon for the benefit of the parties until the parties otherwise stipulate for the disposition of the principal and accrued interest, or until the appeal by the defendants has become final and further order of this court thereafter, or until the funds are otherwise legally subject to disposition.

2. Upon deposit by the defendants of the above funds all further proceedings by the plaintiff to enforce the order awarding attorney's fees and costs to the plaintiff will be stayed pending final disposition of all issues on appeal or further order of the court.

Dated:

_____
Hon. Susan Illston
Judge of the United States District Court

- 3 -

STIPULATION FOR THE DEPOSIT OF FUNDS