1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682

4   Attorneys for Plaintiff
    HOLLYNN DELIL

5

                UNITED STATES DISTRICT COURT

6

             NORTHERN DISTRICT OF CALIFORNIA

7

8   HOLLYNN DELIL                 CASE NO. C 03 0010 SI EMC
                                 Civil Rights

9       Plaintiff,

10   v.                           **STIPULATION AND ORDER**

    POINT REYES SEASHORE LODGE;    **[PROPOSED] FOR RELEASE OF FUNDS**
11   JEFFREY F. HARRIMAN; THOMAS
    R.HARRIMAN; and DOES 1-25, Inclusive,
12

        Defendants.
13   _____/

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And Order For Release Of Funds

1  **RECITALS**

2       In March of 2006 this Court executed the parties' "STIPULATION AND

3  ORDER FOR THE DEPOSIT OF FUNDS WITH THE COURT AND A STAY OF

4  ENFORCEMENT OF THE ORDER AWARDING ATTORNEY'S FEES PENDING APPEAL."

5  (See Court Docket item 97).

6       Pursuant to the Court's Order, defendants deposited the sum of $211,099 with the

7  Clerk of the Court.

8       The Court's Order specified in part that "The clerk of the court shall hold the

9  principal and interest accrued thereon for the benefit of the parties until the parties otherwise

10  stipulate for the disposition of the principal and accrued interest..."

11       The parties now desire that a portion of the funds presently held by the clerk of the

12  court be distributed to "Sidney J. Cohen Professional Corporation, in trust for Plaintiff Hollynn

13  Delil."

14  **STIPULATION**

15       The parties, by and through their attorneys of record, stipulate to the release and

16  disposition by the Clerk Of The Court of $168,879 to "Sidney J. Cohen Professional Corporation,

17  in trust for Plaintiff Hollynn Delil."

18       The parties further stipulate that the $168,879 be transmitted to Sidney J. Cohen

19  Professional Corporation at 427 Grand Avenue, Oakland, CA 94610.

20       The parties further stipulate that all remaining funds on deposit continue to be held

21  by the Clerk Of The Court in accord with the "STIPULATION AND ORDER FOR THE DEPOSIT

22  OF FUNDS WITH THE COURT AND A STAY OF ENFORCEMENT OF THE ORDER

23  AWARDING ATTORNEY'S FEES PENDING APPEAL." (Court Docket item 97).

24       This Stipulation may be executed in counter parts, and facsimile signatures shall be

25  as valid and binding as original signatures.

26       Wherefore, the parties, by and through their counsel, so stipulate as set forth by their

27  signatures on page 2.

28  //

Date: 8/27/08                              SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/S/ Sidney J. Cohen

_____

Sidney J. Cohen
Attorney for Plaintiff Hollynn Delil

Date:                                     LAW OFFICES OF
MICHAEL E. BROWN

/s/ Michael E. Brown

_____
_____
Michael E. Brown
Attorney for All Defendants

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The Clerk Of The Court shall release $168,879 to "Sidney J. Cohen Professional Corporation, in trust for Plaintiff Hollynn Delil."

The Clerk Of The Court shall transmit the $168,879 to Sidney J. Cohen Professional Corporation at 427 Grand Avenue, Oakland, CA 94610.

The Clerk Of The Court shall continue to retain the remaining funds on deposit in accord with the "STIPULATION AND ORDER FOR THE DEPOSIT OF FUNDS WITH THE COURT AND A STAY OF ENFORCEMENT OF THE ORDER AWARDING ATTORNEY'S FEES PENDING APPEAL." (Court Docket item 97).

Date:   8/28/08                            _____

Susan Illston
United States District Judge