SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>    Plaintiff,<br><br>v.<br><br>POINT REYES SEASHORE LODGE; JEFFREY F. HARRIMAN; THOMAS R. HARRIMAN; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 03 0010 SI EMC<br><u>Civil Rights</u><br><br><br><br>**STIPULATION AND ORDER [PROPOSED] FOR RELEASE OF FUNDS** |

Stipulation And Order For Release Of Funds

## RECITALS

In March of 2006 this Court executed the parties' "STIPULATION AND ORDER FOR THE DEPOSIT OF FUNDS WITH THE COURT AND A STAY OF ENFORCEMENT OF THE ORDER AWARDING ATTORNEY'S FEES PENDING APPEAL." (See Court Docket item 97).

Pursuant to the Court's Order, defendants deposited the sum of $211,099 with the Clerk of the Court.

The Court's Order specified in part that "The clerk of the court shall hold the principal and interest accrued thereon for the benefit of the parties until the parties otherwise stipulate for the disposition of the principal and accrued interest..."

Pursuant to Stipulation of the parties and Order of the Court, on September 5, 2008 the Clerk of the Court distributed to "Sidney J. Cohen, in trust for Hollynn Delil," the sum of $168,879, the amount that this Court awarded Ms. Delil for her attorney's fees, litigation expenses, and costs in the District Court action. As of the September 5, 2009 date of payment, interest in the amount of $20,728.70 had accrued on the $168,879 District Court award.

By Order dated May 29, 2009, the Ninth Circuit Court of Appeals in case number 05-16781 awarded Appellee Hollynn Delil the sum of $117, 993.04 of attorney's fees, litigation expenses, and costs as the prevailing party in the appeal.

The parties now desire that the remaining funds presently held by the Clerk of the Court be distributed to "Sidney J. Cohen Professional Corporation, in trust for Plaintiff Hollynn Delil" to fully satisfy the $20,728.70 of interest that accrued on the District Court's $168,879 award of attorney's fees and costs and to partially satisfy the Ninth Circuit Court of Appeals' $117,993.04 award of attorney's fees and costs.

## STIPULATION

The parties, by and through their attorneys of record, incorporate the above "RECITALS" into this stipulation and stipulate to the release and disposition by the Clerk Of The Court of the remaining balance being held by the Clerk to "Sidney J. Cohen Professional Corporation, in trust for Plaintiff Hollynn Delil."

Stipulation And Order For Release Of Funds -1-

1      The parties further stipulate that the remaining balance be transmitted to Sidney J.
2  Cohen Professional Corporation at 427 Grand Avenue, Oakland, CA 94610.
3      This Stipulation may be executed in counter parts, and facsimile, or electronically
4  transmitted signatures by e mail, shall be as valid and binding as original signatures.
5      Wherefore, the parties, by and through their counsel, so stipulate as set forth by their
6  signatures below.

7  Date: 7/28/09                          SIDNEY J. COHEN
                                          PROFESSIONAL CORPORATION
8
                                          /s/ Sidney J. Cohen
9                                         _____
                                          Sidney J. Cohen
10                                        Attorney for Plaintiff Hollynn Delil

11  Date:7/27/09                          LAW OFFICES OF
                                          MICHAEL E. BROWN
12
                                          /s/ Michael E. Brown
13  _____
    _____  Michael E. Brown
14                                      Attorney for All Defendants

15      PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

16      The Clerk Of The Court shall release the remaining balance of funds presently being
17  held to "Sidney J. Cohen Professional Corporation, in trust for Plaintiff Hollynn Delil" in full
18  satisfaction of the $20,728.70 of interest that accrued on the District Court's $168,879 attorney's
19  fees and costs award and in partial satisfaction of the Ninth Circuit Court of Appeals' May 29, 2009
20  Order awarding attorney's fees and costs to Plaintiff Hollynn Delil in the amount of $117,993.04.
21      The Clerk Of The Court shall transmit the remaining balance of funds presently
22  being held by the Clerk of the Court to Sidney J. Cohen Professional Corporation at 427 Grand
23  Avenue, Oakland, CA 94610.
24  Date:                                 _____
                                          Susan Illston
25                                        United States District Judge

Stipulation And Order For Release Of Funds        -2-